**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Duane Thomas Lee,<br><br>    Movant-Defendant,<br><br>v.<br><br>USA,<br><br>    Respondent-Plaintiff. | No. CV-16-08138-PCT-JAT<br>CR-05-594-PCT-JAT<br><br>**ORDER** |

On December 14, 2018, the Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) recommending that this Court deny the Successive Motion to Vacate, Set Aside or Correct Sentence in this case. (Doc. 23). Specifically, the Magistrate Judge found that the collateral attack Movant is bringing in this case was waived by Movant's plea agreement. (*Id.*).

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original). Movant filed objections to the R&R.

After Movant filed his objections, the United States Supreme Court issued its decision in *Class v. United States*, 138 S.Ct. 798 (2018). Following that decision, this Court ordered the parties to file supplemental briefs. Both parties now appear to agree

that the R&R's conclusion that Movant waived his ability to bring his current constitutional challenge by his plea agreement was foreclosed by *Class*. (*see e.g.* Doc. 30 at 3). Accordingly, the R&R will be rejected because of the intervening change in the law.

In its supplement, the United States argues various alternative reasons why the Motion in this case should be denied. The Court will re-refer this case to the Magistrate Judge for the preparation of a new R&R; the United State may seek leave to brief those arguments, as necessary, upon re-referral.

**IT IS ORDERED** that the Report and Recommendation (Doc. 23) is rejected.

**IT IS FURTHER ORDERED** that this matter is re-referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a further report and recommendation.

Dated this 27th day of March, 2018.

*[signature]*
James A. Teilborg
Senior United States District Judge